| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

| | | |
|---|---|---|
| James Flitch and Carolyn S. Clark | § § | |
| v. | § § | CASE NUMBER   4:20-cv-1501 |
| Kristin D. Wilkinsin Guardino, et al | § § | United States Courts Southern District of Texas FILED |
| | | *05/05/2021* |
| | | Nathan Ochsner, Clerk of Court |

State Court Exhibits filed

_____

_____

_____

_____

**DOCUMENT IS:**

☐ **LOOSE IN FILE**

☐ **IN VAULT SEALED**

☒ **IN BROWN EXPANDABLE FOLDER**

**INSTRUMENT #** _____